| **Information to identify the case:** | |
|---|---|
| Debtor 1  Josefina Burgos De Velez  <br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2950  <br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  <br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _  <br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   13–22448–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Josefina Burgos De Velez

9/11/18                                            **By the court:** Jerrold N. Poslusny Jr.
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-22448-JNP
Josefina Burgos De Velez                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Sep 11, 2018
                              Form ID: 3180W           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db             +Josefina Burgos De Velez,    219 Oriental Ave. Apt#2,    Atlantic City, NJ 08401-7807
514319255      +Atlantic County Superior Court,    1201 Bacharach Blvd.,   Atlantic City, NJ 08401-4526
514234854      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513986622      +Elizabeth Melendez,    219 Oriental Ave. 3rd Fl,    Atlantic City, NJ 08401-7807
514315055      +Elizabeth Melendez Vega,    219 Oriental Ave. Apt 3,    Atlantic City, New Jersey 08401-7807
513986623      +Jenifer Rhiderhper,    219 Oriental Ave. Apt 1,    Atlantic City, NJ 08401-7807
514265077      +M&T Bank,    c/o Alexandra T Garcia, Esq,    216 Haddon Avenue, Suite 303,
                 Westmont, NJ 08108-2811
514810681      +M&T Bank,    c/o Alexandra T. Garcia, Esq,    McCabe, Weisberg & Conway, PC,
                 216 Haddon Avenue, Suite 303,    Westmont, NJ 08108-2811
513986625      +McCabe, Weisberg & Conway PC,    216 Haddon Ave., Suite 303,    Westmont, NJ 08108-2811
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:02      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514266906      +E-mail/Text: bncmail@w-legal.com Sep 11 2018 23:25:13      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513986619      +EDI: CAPITALONE.COM Sep 12 2018 02:39:00      Cap One,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
513986620      +EDI: CAPITALONE.COM Sep 12 2018 02:39:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
513986621      +EDI: PARALONMEDCREDT Sep 12 2018 02:39:00      Doshi Diagnostics,   C/O Medicredit Corp,
                 3620 I 70 SE, Ste C,    Columbia, MO 65201-6582
513986624       E-mail/Text: camanagement@mtb.com Sep 11 2018 23:24:32      M&T Bank,   Po Box 1288,
                 Buffalo, NY 14240-1288
514863688       EDI: PRA.COM Sep 12 2018 02:38:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
514863689       EDI: PRA.COM Sep 12 2018 02:38:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
513986626      +E-mail/Text: bankruptcydepartment@tsico.com Sep 11 2018 23:25:41      Progressive Insurance,
                 C/O NCO Financial Services,    PO Box 15636,   Wilmington, DE 19850-5636
                                                                                              TOTAL: 10
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Celine P. Derkrikorian    on behalf of Creditor    M&T Bank njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 3180W           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
          Thomas E. Dowey    on behalf of Debtor Josefina  Burgos De Velez tdesquire@hotmail.com
                                                                                            TOTAL: 9